IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No.: 1:06-cv-00948-JAB-PTS

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HARRISON HAYES, | ) ) |
| Defendant. | ) |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eleven sound recordings listed in Exhibit A to the Complaint. Accordingly, having been judged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the

1

sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Don't Let Go (Love)," on album "EV3," by artist "En Vogue" (SR# 188-664);
- "Untitled (How Does It Feel)," on album "Voodoo," by artist "D'Angelo" (SR# 280-480);
- "That's The Way Love Goes," on album "Janet," by artist "Janet Jackson" (SR# 174-392);
- "Velvet Rope," on album "The Velvet Rope," by artist "Janet Jackson" (SR# 261-516);
- "ATLiens," on album "Atliens," by artist "Outkast" (SR# 233-296);
- "Just Be A Man About It," on album "The Heat," by artist "Toni Braxton" (SR# 287-194);
- "Sweet Lady," on album "Tyrese," by artist "Tyrese" (SR# 237-788);
- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);

- "Dangerously in Love," on album "Survivor," by artist "Destiny's Child" (SR# 289-199);
- "Butterflyz," on album "Songs in A Minor," by artist "Alicia Keys" (SR# 299-410);
- "Don't Speak," on album "Tragic Kingdom," by artist "No Doubt" (SR# 206-724);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This, the 12th day of March, 2007.

_____
United States District Judge